419 A.2d 190

Commonwealth v. Tate, Appellant.

Submitted September 15, 1978.   Michael D. Goldberg, for appellant;  Eric J. Cox, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, WATKINS and MONTGOMERY, JJ.

Order affirmed.

419 A.2d 190

Commonwealth v. Washington, Appellant.

December 8, 1978.   John D. Cooper, for appellant;  Ann C. Lebowitz, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, WIEAND and LIPEZ, JJ.

Judgment of sentence affirmed.

WIEAND, J., filed a dissenting statement.